# United States Bankruptcy Court
## Middle District of Tennessee

In re **Elliott Montrel Harris**     Case No. **3:15-bk-08390**

Debtor(s)     Chapter **13**

## NOTICE OF CORRECT ADDRESS FOR CREDITOR

**The Creditor's mailing address was formerly listed as:**

Name: **Insolve Auto Funding**

Address: **PO BOX 64090**
**Tucson, AZ 85728-4090**

**Please be advised that the Creditor's correct mailing address is:**

Name: **Insolve Auto Funding**
c/o Susan Faulkner

Address: **736 Currey Rd**
**Nashville, TN 37217**

**/s/ John T. Maher**
**John T. Maher 19486**
Authorized Signer/Title